Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  18–06095
Chapter:  13
Judge:  A. Benjamin Goldgar

In Re:
  Peter Roman Borkowski
  7225 Oxford Cir.
  Fox Lake, IL 60020

Social Security / Individual Taxpayer ID No.:
  xxx–xx–9813

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 1, 2019

                          FOR THE COURT

Dated: March 5, 2019                         Jeffrey P. Allsteadt , Clerk
                                                      United States Bankruptcy Court